UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL SOMERVILLE,<br><br>Plaintiff,<br><br>v.<br><br>B. BETANCOURT, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-01695-CDB (PC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 16)<br><br>ORDER DISMISSING DEFENDANT<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

Plaintiff Richard Michael Somerville is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

**Background – Recommended Dismissal of Defendant**

The Court screened the complaint and found that it states a cognizable Eighth Amendment failure to protect claim against Defendants Betancourt, Marquez, and Rios, Correctional Officers ("COs") employed at Substance Abuse Treatment Facility ("SATF") - Corcoran. (Doc. 12.) However, the Court found that the allegations did not state a claim against the Warden of SATF. (*Id.*) In response to the screening order, Plaintiff elected to proceed on the complaint as screened and agreed with dismissal of the Warden because he has no knowledge of the Warden's direct

involvement. (Doc. 14.) Accordingly, on August 14, 2023, the undersigned entered findings and recommendations that the Court dismiss the Warden of SATF as a defendant in this case. (Doc. 16.) Plaintiff did not timely file objections to the findings and recommendation and the time to do so has expired.

By order dated January 4, 2024, this case was reassigned to the undersigned following the parties' indication of consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 30.)

Accordingly, the Court shall vacate the findings and recommendations and order dismissal of Defendant Warden of SATF.

**Background – Failure to Update Address**

On November 20, 2023, the Court issued an order referring this case to post-screening ADR and staying the case for 90 days. (Doc. 26.) The Court served the order on Plaintiff by U.S. Postal Service. On December 8, 2023, the U.S. Postal Service returned the order as "Undeliverable." To date, Plaintiff has not updated his address with the Court. As explained in the Court's first informational order, a party appearing pro se must keep the Court advised of his current address. (Doc. 6 at 5.) Pursuant to Local Rule 183(b), if mail directed to a pro se plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." LR. 183(b).

Plaintiff has not updated his address of record. Accordingly, the Court shall order Plaintiff to show cause why this action should not be dismissed.

**Conclusion and Order**

For the forgoing reasons, it is HEREBY ORDERED, the findings and recommendations entered August 14, 2023 (Doc. 16) are VACATED.

It is FURTHER ORDERED that the Warden of SATF be DISMISSED as a defendant in this case.

It is FURTHER ORDERED, Within thirty (30) days from the date of service of this order,

1  Plaintiff shall show cause in a written filing why the action should not be dismissed for his failure
2  to comply with the Local Rules and failure to prosecute this action.
3      It is FURHTER ORDERED, Defendants are DIRECTED to attempt to serve this order at
4  any forwarding address that may be available for Plaintiff.
5  IT IS SO ORDERED.
6     Dated:   **January 5, 2024**          _____
7                                UNITED STATES MAGISTRATE JUDGE