UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL SOMERVILLE,<br><br>  Plaintiff,<br><br>  v.<br><br>B. BETANCOURT, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01695-CDB (PC)<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Doc. 51) |

On December 13, 2024, the parties filed a Notice of Voluntary Dismissal. (Doc. 51.) The notice is signed and dated by Plaintiff Richard Michael Somerville and by Janet N. Chen, counsel for Defendants B. Betancourt, D. Rios-Rios, and S. Marquez, and indicates that the parties stipulate to a dismissal of this action with prejudice, and that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 16, 2024**         _____
                                        UNITED STATES MAGISTRATE JUDGE